IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IBEW LOCAL UNION 82, et. al., | * | CASE NO.  3:14-CV-99 |
| Plaintiffs, | * | JUDGE THOMAS ROSE |
| vs. | * | |
| | * | |
| BRIGHT STREET, LLC, | * | JUDGMENT ENTRY |
| Defendant. | * | |

___

WHEREAS, on November 21, 2014, the Court granted Plaintiffs IBEW Local Union 82, IBEW Local 82 Health & Welfare Fund, and IBEW Local 82 Joint Pension Plan's ("Plaintiffs") Motion for Default Judgment;

WHEREAS, the Order Granting Plaintiffs' Motion for Default Judgment (Doc. #11) granted Plaintiffs judgment against Defendant Bright Street, LLC ("Defendant") and ordered Defendant to submit to an audit of its records to permit Plaintiffs to determine the amounts owed to the Plaintiffs;

WHEREAS, pursuant to the Order Granting Plaintiffs' Motion for Default Judgment, Plaintiffs were entitled to a Judgment Entry upon the filing of an Affidavit of amounts owed;

WHEREAS on March 27, 2015, Plaintiffs filed an Affidavit of amount owed, along with supporting documentation;

NOW THEREFORE, upon Plaintiffs' compliance with the Court's Order Granting Plaintiffs' Motion for Default Judgment and for good cause shown, judgment is hereby ordered against the Defendant; and

**IT IS HEREBY ORDERED** that Judgment is entered on behalf of the Plaintiffs and against the Defendant as follows:

| | |
|---|---:|
| Unpaid contributions, delinquency fees, interest, and liquidated damages for Health & Welfare (July 2013-December 2014): | $20,671.07 |
| Unpaid contributions, delinquency fees, interest, and liquidated damages for the Pension Plan (July 2013-December 2014): | $42,773.04 |
| Auditing Fees: | $7,500.00 |
| Attorney's Fees: | $5,477.00 |
| Costs: | $400.00 |
| Payment Made by Defendant: | ($1,269.73) |
| **Total:** | **$75,551.38** |

**IT IS FURTHER ORDERED** that Plaintiffs are entitled to ongoing interest in the amount of one percent (1%) per month from March 1, 2015 until the unpaid contributions are paid in full and additional attorney's fees incurred in collecting the judgment amount.

ENTERED:

By:

April 28, 2015                                   s/Thomas M. Rose

DATE                                             UNITED STATES DISTRICT JUDGE
                                                 THOMAS M. ROSE

Prepared by the Attorney for Plaintiffs:

David M. Pixley, Esq.
Ledbetter, Parisi, Sollars LLC
9240 Market Place Drive
Miamisburg, Ohio 45342
937.619.0900 (ph)
937.619.0999 (fx)